THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAYTEN REALTY Co., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. (1944–45, 1945–46, 1946–47, 1947–48.)

Argued January 16, 1952; decided January 25, 1952.

*Peter H. Brandt* and *Belle G. Kopel* for appellant.

*Denis M. Hurley, Corporation Counsel (Morris Handel* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.